LISA WONG LACKLAND
Nevada Bar No. 9934
LLackland@LRLaw.com
LINDSAY C. DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Atlas Copco Craelius AB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CHASE,<br><br>               Plaintiff,<br><br>vs.<br><br>ATLAS COPCO DRILLING SOLUTIONS, LLC, a Delaware Corporation; ATLAS COPCO CRAELIUS AB, a foreign entity; and DOES AND CORPORATIONS 2 through 15, inclusive,<br><br>               Defendants. | CASE NO.: 2:10-cv-02249-PMP-PAL<br><br>**DEFENDANT ATLAS COPCO CRAELIUS AB'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS** |

Defendant Atlas Copco Craelius AB ("Craelius") respectfully submits this Motion to Withdraw its Motion for Lack of Personal Jurisdiction and Insufficient Service of Process. Plaintiff Kevin Chase's ("Chase") counsel was contacted and indicated that she does not oppose this Motion. The Parties agree that the Motion be withdrawn at this time. Consequently, Craelius moves that the Motion be taken off this Court's calendar. Craelius reserves the right to re-file the Motion at a later date, if appropriate.

/ / /

/ / /

/ / /

/ / /

/ / /

2587537.1

RESPECTFULLY SUBMITTED this 15th day of December, 2011.

LEWIS AND ROCA LLP

By   /s/ Lisa Wong Lackland
LISA WONG LACKLAND, ESQ.
NV Bar No. 9934
LINDSAY DEMAREE, ESQ.
NV Bar No. 11949
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
*Attorneys for Defendant Atlas Copco
Craelius AB*

IT IS SO ORDERED.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2011.

2587537.1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis and Roca LLP and that on the 15th day of December, 2011, a true and correct copy of the foregoing was served on the parties to this case through electronic transmission of the Notice of Electronic Filing, which constitutes service of a document on Filing Users under the Court's Electronic Fling Procedures to all parties to this case who are Filing Users of the Electronic Filing System of the United States District Court for the District of Nevada.

By   _/s/ Judy Estrada_
An Employee of Lewis and Roca LLP

2587537.1