1  LISA WONG LACKLAND
   Nevada Bar No. 9934
2  LLackland@LRLaw.com
   LINDSAY C. DEMAREE
3  Nevada Bar No. 11949
   LDemaree@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Suite 600
5  Las Vegas, Nevada 89169
   (702) 949-8200
6  (702) 949-8398 (fax)

7  *Attorneys for Defendant*
   *Atlas Copco Craelius AB*
8
                      UNITED STATES DISTRICT COURT
9
                            DISTRICT OF NEVADA
10

11  KEVIN CHASE,                              CASE NO.: 2:10-cv-02249-PMP-PAL
12              Plaintiff,

13  vs.                                       **DEFENDANT ATLAS COPCO
                                              CRAELIUS AB'S UNOPPOSED
14  ATLAS COPCO DRILLING SOLUTIONS,           MOTION TO WITHDRAW ITS
    LLC, a Delaware Corporation; ATLAS        MOTION TO DISMISS FOR LACK OF
15  COPCO CRAELIUS AB, a foreign entity; and  PERSONAL JURISDICTION AND
    DOES AND CORPORATIONS 2 through 15,       INSUFFICIENT SERVICE OF
16  inclusive,                                PROCESS**

                Defendants.
17

18
        Defendant Atlas Copco Craelius AB ("Craelius") respectfully submits this Motion to
19
    Withdraw its Motion for Lack of Personal Jurisdiction and Insufficient Service of Process.
20
    Plaintiff Kevin Chase's ("Chase") counsel was contacted and indicated that she does not oppose
21
    this Motion. The Parties agree that the Motion be withdrawn at this time. Consequently, Craelius
22
    moves that the Motion be taken off this Court's calendar. Craelius reserves the right to re-file the
23
    Motion at a later date, if appropriate.
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28
    / / /

                                              -1-                                          2587537.1

RESPECTFULLY SUBMITTED this 15th day of December, 2011.

LEWIS AND ROCA LLP

By  /s/ Lisa Wong Lackland
LISA WONG LACKLAND, ESQ.
NV Bar No. 9934
LINDSAY DEMAREE, ESQ.
NV Bar No. 11949
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
*Attorneys for Defendant Atlas Copco Craelius AB*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2011.

## CERTIFICATE OF SERVICE

    I hereby certify that I am an employee of Lewis and Roca LLP and that on the 15th day of December, 2011, a true and correct copy of the foregoing was served on the parties to this case through electronic transmission of the Notice of Electronic Filing, which constitutes service of a document on Filing Users under the Court's Electronic Fling Procedures to all parties to this case who are Filing Users of the Electronic Filing System of the United States District Court for the District of Nevada.

By  /s/ *Judy Estrada*
An Employee of Lewis and Roca LLP