Amy Honodel, Esq.
Nevada Bar No. 7755
CHASEY HONODEL, PC
3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129
(702) 233-0393
(702) 233-2107 (Fax)
amy@chaseyhonodel.com
Attorneys for Plaintiff
KEVIN CHASE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CHASE, | CASE NO.:   2:10-cv-02249-PMP-PAL |
| Plaintiff, | |
| vs. | |
| ATLAS COPCO CRAELIUS AB, a foreign entity; and DOES and ROE CORPORATIONS 2 through 15, inclusive, | |
| Defendant. | |

### STIPULATION AND ORDER FOR DISMISSAL

Plaintiff, KEVIN CHASE, and Defendant, ATLAS COPCO CRAELIUS AB, by and through their respective attorneys of record, hereby stipulate and agree that that Plaintiff's complaint, and all claims and causes of action expressed therein, shall be and hereby is dismissed with prejudice against Atlas Copco Craelius AB, with each party to bear their own attorney's fees and costs.

/ / /

/ / /

1

The parties further stipulate that any pending hearings or deadlines be vacated.

DATED this 5th day of March, 2013.                    DATED this 5th day of March, 2013.

CHASEY HONODEL, P.C.                                   LEWIS AND ROCA, LLP

/s/ *Amy Honodel, Esq.*                                /s/ *Matthew Park, Esq.*

AMY HONODEL, ESQ.                                      MATTHEW PARK, ESQ.
Nevada Bar No. 7755                                    Nevada Bar No. 12062
3295 N. Fort Apache Road, Suite 110                    3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89129                                Las Vegas, Nevada 89169
(702) 233-0393                                         (702) 823-2900

## ORDER

IT IS HEREBY ORDERED that all claims in in the above entitled case are hereby dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs.

Dated this __5th day of March, 2013.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:
CHASEY HONODEL, P.C.

/s/ *Amy Honodel, Esq.*

AMY HONODEL, ESQ.
Nevada Bar No. 7755
3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129
(702) 233-0393
Attorneys for Plaintiff